IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| IOWA PROTECTION AND ADVOCACY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TANAGER PLACE, and TANAGER, INC., <br><br> Defendants. <br> ----- <br> TANAGER PLACE, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> IOWA PROTECTION AND ADVOCACY SERVICES, INC., and SYLVIA PIPER, <br><br> Counterclaim Defendants. | No. 1:04-CV-00069-LRR <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Counterclaim Plaintiff, Tanager Place, pursuant to Federal Rule of Civil Procedure 41, files this Stipulation of Dismissal with Prejudice of its Counterclaim.

   /s /Vernon P. Squires
VERNON P. SQUIRES (#LI0014929)
MELISSA W. ANDERSON (#LI0009290)
     of
BRADLEY & RILEY PC
2007 First Avenue, SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax:    (319) 363-9824
Email:  vsquires@bradleyriley.com
       manders@bradleyriley.com
ATTORNEYS FOR COUNTERCLAIM PLAINTIFF TANAGER PLACE

  /s/ Sharon Malheiro
  By:  Vernon P. Squires (with permission)
SHARON MALHEIRO
HEATHER L. PALMER
     of
DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
666 Walnut, Suite 2500
Des Moines, IA  50309-3993
Phone:  (515) 288-2500
Fax:  (515) 243-0654
Email:  Sharon.Malheiro@lawiowa.com
      Heather.Palmer@lawiowa.com
ATTORNEYS FOR COUNTERCLAIM DEFENDANTS IOWA PROTECTION AND ADVOCACY SERVICES, INC., and SYLVIA PIPER

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 9th day of March, 2006.  I declare under penalty of perjury that the foregoing is true and correct.

       */s/ Janet Privratsky*